**PRISONER CASE**





UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** ANDREW HOWARD

**Defendant(s):** UNITED STATES OF AMERICA

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**
Andrew Howard
#06802-424
Terre Haute - FCI
P.O. Box 33
Terre Haute, IN   47808

**Defendant's Attorney:**
AUSA
United States Attorney's Office
219 South Dearborn
Chicago, IL   60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV848
JUDGE LEINENWEBER
MAGISTRATE JUDGE MASON

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 540 Mandamus and other

**Cause of Action:** 28:1355

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham  **Date:** 02/08/2008

Leinenweber
Needs Mag. Jd.

95CR508-4