# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | HARRY D. LEINENWEBER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 848 | **DATE** | April 14, 2008 |
| **CASE TITLE** | Andrew Howard (#06802-424) v. United States of America | | |

**DOCKET ENTRY TEXT:**

On 2/21/08 the Court ordered Plaintiff either to file an *in forma pauperis* application with the information required by 1915(a)(2) or to pay the full $39.00 filing fee as required for the filing of miscellaneous motions pursuant to the District Court miscellaneous fee schedule, issued by the Judicial Conference 28 U.S.C. §1914. Plaintiff has failed to comply with this order. Accordingly, this action is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(b). However, having brought this action, Plaintiff remains obligated to pay the full filing fee. See 28 U.S.C. § 1915(b)(1). Nonpayment may affect Plaintiff's ability to bring future suits *in forma pauperis*.

Docketing to mail notices.

Mailed AO450 form.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|