# United States District Court

## Northern District of Illinois

Eastern Division

Andrew Howard  **JUDGMENT IN A CIVIL CASE**

v.  Case Number: 08 C 848

United States of America

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff having failed to comply with the court's order dated 2/21/2008 , this action is dismissed without prejudice

Michael W. Dobbins, Clerk of Court

Date: 4/14/2008  _____

/s/ Wanda A. Parker, Deputy Clerk