## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | HARRY D. LEINENWEBER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 848 | **DATE** | 4/21/2008 |
| **CASE TITLE** | Andrew Howard (#06802-424) v. United States of America | | |

**DOCKET ENTRY TEXT:**

Due to clerical error, Plaintiff's filing fee was not docketed although it was paid in a timely manner. The Court accordingly vacates its order of 4/14/08 dismissing this action and directs the Clerk to reopen this case. The Clerk shall send a copy of the motion for return of seized property to the United States Attorney and send Plaintiff Instructions for Submitting Documents and a copy of this order. The United States is given 30 days from the date of this order to respond to the motion.

■ [For further details see text below.]      Docketing to mail notices.

### STATEMENT

    Plaintiff is instructed to file all papers concerning this action with the Clerk of Court in care of the prisoner correspondent. In addition, Plaintiff must send an exact copy of any filing to defendants or, if represented by counsel, to counsel for defendants. Plaintiff must include on the original filing a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the Court or returned to Plaintiff.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|