UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW HOWARD | ) | |
|     Plaintiff, | ) | |
| | ) | No. 08 C 848 |
| v. | ) | (95 CR 508-4) |
| | ) | |
| UNITED STATES OF AMERICA | ) | Honorable Harry D. Leinenweber |
| | ) | |
|     Defendant. | ) | |

## ATTORNEY DESIGNATION

    Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. *See* LR 83.16(b).

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

    By: /s/ Stephen Chahn Lee
        STEPHEN CHAHN LEE
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-4127
        stephen.lee@usdoj.gov