UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW HOWARD | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 848 |
| v. | ) | (95 CR 508-4) |
| | ) | |
| UNITED STATES OF AMERICA | ) | Honorable Harry D. Leinenweber |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RETURN OF PROPERTY**

**ATTORNEY DESIGNATION**

were served on May 21, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, and L.R. 5.5 via first-class mail as to the non-ECF filer listed below:

    Andrew Howard (#06802-424)
    USP Terre Haute
    U.S. Penitentiary
    P.O. Box 33
    Terre Haute, IN 47808

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

    By: /s/ Stephen Chahn Lee
        STEPHEN CHAHN LEE
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-4127
        stephen.lee@usdoj.gov